# 03-15-00299-CR

ACCEPTED
03-15-00298-CR
6357087
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 5:23:37 PM
JEFFREY D. KYLE
CLERK

| | |
|---|---|
| **Appellate Docket Number** | **03-15-00298-CR & 03-15-00299-CR** |
| **Appellate Case Style:** | **James Bradley Warden** |
| **vs.** | **State of Texas** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/4/2015 5:23:37 PM
JEFFREY D. KYLE
Clerk

Companion Case:  None

Amended/corrected statement ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:  Third Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| **I. Appellant** | **II. Appellant Attorney(s)** |
|---|---|
| First Name:  James Bradley Warden | **X**  Lead Attorney (on appeal only) |
| Middle Name: | First Name:  Ken |
| Last Name:  Warden | Middle Name: |
| Suffix: | Last Name:  Mahaffey |
| Appellant Incarcerated?  **X** Yes  ☐ No | Suffix: |
| Amount of Bond:  none | **X** Appointed ☐ District/County Attorney  ☐ Retained ☐ Public Defender |
| Pro Se:  No | Firm Name:  Ken Mahaffey, Attorney At Law |
| | Address 1:  P.O. Box 684585 |
| | Address 2: |
| | City:  Austin TX 78768 |
| | State:  Texas  Zip+4:  78768-4585 |
| | Telephone:  512-444-6557  ext. |
| | Fax:  512-444-6557 |
| | email:  *Ken_Mahaffey@yahoo.com* |
| | SBN:  12830050 |

| II. Appellee | III. Appellee Attorney(s) |
|---|---|
| First Name: State of Texas<br><br>Middle Name:<br><br>Last Name:<br><br>Suffix:<br><br>Appellant Incarcerated? ☐ Yes ☐ No<br><br>Amount of Bond: none<br><br>Pro Se: No | **X** Lead Attorney (at trial)<br><br>First Name: R.<br><br>Middle Name: Blake<br><br>Last Name: Ewing<br><br>Suffix:<br><br>☐ Appointed **X** District/County Attorney<br>☐ Retained ☐ Public Defender<br><br>Firm Name: Burnet County<br>District Attorney's Office<br><br>Address 1: 1701 E. Polk Ste 24<br><br>Address 2:<br><br>City: Burnet, TX 78611<br><br>State: Texas Zip+4: Burnet, TX 78611<br><br>Telephone: (512) 756-5449 ext.<br><br>Fax: (512) 756-8572<br><br>email:<br><br>SBN: 24076376 |

## V. Perfection of Appeal, Judgment And Sentencing

| | |
|---|---|
| Nature of Case (Subject matter or type of case): Criminal Trial<br><br>Type of Judgment: Judgment of Conviction<br><br>Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br><br>April 15, 2015<br><br>Offense Charged: Evading Arrest and Possession of Methamphetamine less than one gram<br><br>Defendant's plea: not guilty<br><br>If guilty, does defendant have the trial court's certificate to appeal? **X** Yes ☐ No | Was the trial by: X jury or ☐ non-jury?<br><br>Date notice of appeal filed in trial court: April 15. 2015 and July 1, 2015<br><br>If mailed to the trial court clerk, also give the date mailed:<br><br>Filed Directly with Clerk<br><br>Punishment assessed:<br>8 years for Evading Arrest and 1 year state jail for possession of methamphetamine<br><br>Is the appeal from a pre-trial order? ☐ Yes ☐ No<br><br>Does the appeal involve the constitutionality or the validity of a stature rule or ordinance?<br><br>☐ Yes ☐ No |

## VI. Actions Extending time to Perfect Appeal:

Motion for New Trial: **X** Yes ☐ No If yes, date filed: April 21, 2015

Motion in Arrest of Judgment: ☐ Yes **X** No If yes, date filed:

Other: ☐ Yes **X** No If yes, date filed:

If other, please specify: none

## VII. Indigency of Party (Attach the file-stamped copy of motion and affidavit)

Motion and affidavit filed:   **X** Yes    ☐ No   ☐ N/A        If yes, date filed:  June 29, 2015

Date of Hearing:   June 29, 2015    ☐ N/A

Date of Order:   June 29, 2015    ☐ N/A

Ruling on Motion:   **X** Granted   ☐ Denied   ☐ N/A        If granted or denied, date of ruling:  June 29, 2015

## VIII. Trial Court and Record

Court:   33rd District Court

County:   Burnet County

Trial Court Docket Number (Cause no):   41100 and 41101

Trial Court Judge (who tried or disposed of the case):

First name:   J.

Middle name:   Allan

Last name:   Garrett

Suffix:

Address 1:   1701 E. Polk, Suite 74

Address 2:

City:   Burnet, TX 78611

State:   Texas          Zip + 4:  Burnet, TX 78611

Telephone:   512-715-5238   ext.

Fax:   512-756-8478

Email:   33coordinator@dcourttexas.org

Clerk's Record:

Trial Court Clerk:          **X** District    ☐ County

Was Clerk's Record Requested: :   **X** Yes    ☐ No

If yes, date requested:   July 9, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes    ☐ No   **X** Indigent

Reporter's or Recorders Record:

Is there a reporters record?   **X** Yes    ☐ No

Was reporter's record requested?   **X** Yes    ☐ No

Was reporter's record electronically recorded?     ☐ Yes   ☐ No

If yes, date requested:   July 9, 2015

Were payment arrangements made with the court reporter/court recorder?       ☐ Yes    ☐ No   **X** Indigent

**X** Court Reporter      ☐ Court Recorder
☐ Official              ☐ Substitute

First name:      Stephanie

Middle name:

Last name:      Larsen

Suffix:

Address 1:      1701 E. Polk, Suite 74

Address 2:

City:      Burnet, TX 78611

State:      Texas        Zip + 4:   Burnet, TX 78611

Telephone:      512-715-5230    ext.

Fax:      512-756-8478

Email:      33reporter@dcourttexas.org

## IX. Related Matters

List any pending or related appeals before this or any other Texas appellate court by court docket number, and style.

Docket Number:                                  Court:

Style:

                                     NONE

        Vs.      State of Texas

## X. Signature

                                        Date:    August 4, 2015

_____
Signature of Counsel (or Pro Se Party)

    Ken Mahaffey                        State Bar No:    12830050
Printed Name:

Electronic Signature:    *Ken Mahaffey*
    (optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial courts's order or judgment as follows on:   August 4, 2015.

_____
Signature of Counsel (or Pro Se Party)

                               Electro nic Signature:    *Ken Mahaffey*
                                  (optional)

                               State Bar No. : 12830050

Date Served: August 4, 2015

Manner Served: Email

First name: R.

Middle name: Blake

Last name: Ewing

Suffix:

Address 1: 1701 E. Polk Ste 24

Address 2:

City: Burnet, TX  78611

State: Texas    Zip + 4: Burnet, TX  78611

Telephone: (512) 756-5449   ext.

Fax: (512) 756-8572

Email:

---

Date Served: August 4, 2015

Manner Served: U.S. mail

First name: James

Middle name: Bradley

Last name: Warden

Suffix:

Address 1: P.O. Box 9000

Address 2: Bradshaw Unit

City: Henderson, TX 75653-9000

State: Texas    Zip + 4: Henderson, TX 75653-9000

Telephone:    ext.

Fax:

Email: